UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ELIAS MATOS, on behalf of himself and all other similarly situated employees, | Case No.: 13-cv-6652 (PKC) |
| Plaintiff, | ECF CASE |
| v. | |
| MOREGRACE LLC d/b/a PAPA JOHN'S and SULTAN ALI, | |
| Defendants. | |

------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the Defendants Moregrace LLC d/b/a Papa John's and Sultan Ali Lakhani pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff agrees to dismiss all past, present and future claims, discovered or undiscovered, against the Defendants Moregrace LLC d/b/a Papa John's and Sultan Ali Lakhani.

By: /s/ Richard M. Garbarini
Richard M. Garbarini, Esq.
GARBARINI FITZGERALD P.C
rgarbarini@garbarinilaw.com
420 Lexington Avenue
Suite 2743
New York, New York 10170
Telephone: (212) 300-5358
*Attorney for Plaintiff*

By: /s/ David B. Feldman
David B. Feldman, Esq.
MOSES & SINGER LLP
dfeldman@mosessinger.com
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7635
*Attorney for Defendant*

Dated: February 28, 2014

Dated: February 28, 2014